■　FRANCIS NIKIEL et al., Appellants, v CITY OF BUFFALO, Respondent, et al., Defendant. (Appeal No. 2.)—Order unanimously reversed, with costs, and motion denied. Same memorandum as *Nikiel v City of Buffalo,* Appeal No. 1 (75 AD2d 1017). (Appeal from order of Erie Supreme Court—dismiss complaint.) Present—Cardamone, J. P., Schnepp, Callahan, Witmer and Moule, JJ.

■　In the Matter of ARMANDO CARDONA, Appellant, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, Respondent.— Judgment unanimously affirmed on the memorandum decision of Special Term, Conable, J. (Appeal from judgment of Wyoming Supreme Court— CPLR art 78.) Present—Dillon, P. J., Cardamone, Schnepp, Doerr and Witmer, JJ.